In the matter of Max Brown. No opinion. Reference ordered to Hon. Roger A. Pryor, official referee. Settle order on notice.

BROWN, Respondent, v. ASSOCIATED OPERATING CO., Appellant. (Supreme Court. Appellate Division, Second Department. March 26, 1915.) Action by Charles B. Brown against the Associated Operating Company.

PER CURIAM. Motion to resettle order (in 165 App. Div. 702, 151 N. Y. Supp. 531) granted. The order as resettled should contain a recital as follows: "It is hereby ordered and adjudged that the judgment and order so appealed from be and the same are hereby reversed on questions of law and fact. The court having examined the evidence, and holding that the finding of the jury that plaintiff was free from negligence contributing to his injury was contrary to the fact and contrary to the evidence, said finding is hereby reversed, with costs and disbursements; and it is further ordered that the complaint herein be and the same hereby is dismissed on the merits, with costs."

BUCHMAN v. BERMAN. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Jacob Buchman against Abraham Berman, in which Benjamin Erde appeals. No opinion. Motion granted, on condition that the cause be placed on the April calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 152 N. Y. Supp. 1101.

BUCHMAN v. BERMAN (three cases). (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Jacob Buchman against Abraham Berman, in which Benjamin Erde appeals. No opinion. Order modified, by striking out so much of the costs of the first action, viz., $15, as went into the counterclaim of the second action, and, as so modified, affirmed, without costs. See, also, 152 N. Y. Supp. 1101.

BUCKLEY, Respondent, v. J. & G. LIPPMANN, Appellants. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) In the matter of the arbitration of certain matters of difference between Martin D. Buckley and J. & G. Lippmann.

PER CURIAM. Order reversed, with $10 costs and disbursements, and judgment vacated. Held, that there was no valid submission of the controversy to arbitrators under the provisions of the statute.

BUFFALO BUILDERS' SUPPLY CO., Inc., Appellant, v. REEB, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by the Buffalo Builders' Supply Company, Incorporated, against Menno A. Reeb. No opinion. Motion for reargument (in 151 N. Y. Supp. 1107) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

BUFFALO SAVINGS BANK v. POLISH ROMAN CATHOLIC CHURCH OF THE HOLY MOTHER OF THE ROSARY, OF BUFFALO, et al. (DIOCESE OF BUFFALO, Intervener). (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by the Buffalo Savings Bank against the Polish Roman Catholic Church of the Holy Mother of the Rosary, of Buffalo, and others, in which the Diocese of Buffalo, intervened and appeals. No opinion. Motion of Donnelly & O'Neil to amend order denied, with $10 costs. Held, the rights and interest of the attorneys, Donnelly & O'Neil are sufficiently cared for by the ninth paragraph of the order appealed from. See, also, 151 N. Y. Supp. 1107; 152 N. Y. Supp. 1101.

BUFFALO SAVINGS BANK v. POLISH ROMAN CATHOLIC CHURCH OF THE HOLY MOTHER OF THE ROSARY, OF BUFFALO, et al., (DIOCESE OF BUFFALO, Intervener). (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by the Buffalo Savings Bank against the Polish Roman Catholic Church of the Holy Mother of the Rosary, of Buffalo, and others, in which the Diocese of Buffalo intervened. Motions for reargument denied. Motions of the Diocese of Buffalo and the Pendock Company for leave to appeal to Court of Appeals granted, and questions for review certified. No opinion. Motion of Donnelly & O'Neil for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 152 N. Y. Supp. 1101.

In re BURNS. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) In the matter of the claim of William James Burns for workmen's compensation, in which the Southern Pacific Company, employer and self-insurer, appeals.

PER CURIAM. Decision and award affirmed.

KELLOGG, J., not sitting.

BUSHBY, Respondent, v. BERKELEY et al., Appellants. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by James C. Bushby against Lancelot M. Berkeley and another. L. M. Berkeley, of New York City, for appellants. M. D. Steuer, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1079; 152 N. Y. Supp. 1101.

BUSHBY v. BERKELEY et al. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by James C. Bushby against Lancelot M. Berkeley and others. No opinion. Motion denied. Order filed. See, also, 153 App. Div. 742, 138 N. Y. Supp. 831; 152 N. Y. Supp. 1101.

BUSHWAY, Respondent, v. McGETRICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.)